JS-6

1  CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
2  DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025

3   **THARPE & HOWELL, LLP**
    **15250 Ventura Blvd., Ninth Floor**
4   **Sherman Oaks, California  91403**
    **(818) 205-9955; (818) 205-9944 fax**
5   **E-Mail:  cmay@tharpe-howell.com**
    **E-Mail:  drivera@tharpe-howell.com**
6
   Attorneys for Defendant,
7      LOWE'S HOME CENTERS, LLC

8                   UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
10

11  RICHARD APODACA,                          CASE NO.:  **2:16-CV-03349 AB (AJWx)**
12                                            (Ventura County Superior Court Case No.:
             Plaintiff,                       56-2016-00477981-CU-PO-VTA)
13
    v.                                        **ORDER: JOINT STIPULATION TO**
14                                            **REMAND FEDERAL CASE TO THE**
    LOWE'S HOME CENTERS, LLC;                 **SUPERIOR COURT OF THE STATE**
15  and DOES 1 through 20, Inclusive,         **OF CALIFORNIA-COUNTY OF**
                                              **VENTURA**
16           Defendants.
                                              Assigned to District Judge Andre Birottte Jr.
17
18
19                              **ORDER**
20

21       The Court, having read the stipulation of the parties, and good cause

22  appearing, orders that:

23       1.  Federal Case No. 2:16-cv-03349 AB (AJWx), shall be remanded to the

24  Superior Court of California, County of Ventura;

25       2.  Ventura County Superior Court Case No. 56-2016-00477981-CU-PO-VTA

26  shall be reinstated, with trial and all other dates to be set by the state court;

27  ///

28  ///

- 1 -

ORDER: JOINT STIPULATION TO REMAND FEDERAL CASE TO THE SUPERIOR COURT OF
THE STATE OF CALIFORNIA-COUNTY OF VENTURA

Apodaca v. Lowe's
Case No.: 2:16-cv-03349 AB (AJWx)

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

3.  Plaintiff's amount in controversy and thus his potential recovery from this suit is limited to $75,000.00.

IT IS SO ORDERED.

DATE: November 30, 2016

_____
André Birottte Jr.
UNITED STATES DISTRICT JUDGE

- 2 -
ORDER: JOINT STIPULATION TO REMAND FEDERAL CASE TO THE SUPERIOR COURT OF
THE STATE OF CALIFORNIA-COUNTY OF VENTURA
Apodaca v. Lowe's
Case No.: 2:16-cv-03349 AB (AJWx)